STATE v. DRIGGERS

No. 82 PC.

Case below: 31 N.C. App. 156.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 December 1976. Appeal dismissed ex mero motu.

STATE v. FREEDLE

No. 11 PC.

Case below: 30 N.C. App. 118.

Petition by defendant to rehear denial of petition for discretionary review under G.S. 7A-31 (reported 290 N.C. 779) denied 7 December 1976.

STATE v. HINES

No. 87 PC.

Case below: 30 N.C. App. 751.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 December 1976.

STATE v. PURYEAR

No. 76 PC.

Case below: 30 N.C. App. 719.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 December 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 December 1976.

STATE v. STANLEY

No. 92 PC.

Case below: 31 N.C. App. 109.

Petition by State for discretionary review under G.S. 7A-31 denied 7 December 1976.